MN-302
(Rev'd 10/00)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 03-33189-DDO |
| GUSTAFSON, RITA ANN | ) | |
| | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as Form 1 is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as Form 2 is an itemized statement of the trustee's receipts and disbursements showing total receipts of $10,679.63, disbursements of $157.84, and balance on hand of $10,521.79. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $________ (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|

5. The maximum allowable trustee compensation is $1,817.96. The trustee has received $0.00 for interim compensation, and $0.00 for reimbursement of interim expenses and requests an additional $1,817.96 for final compensation and an additional $16.79 for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $4,808.77, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 1,817.96 | 1,817.96 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 16.79 | 16.79 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 2,939.00 | 2,939.00 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 35.02 | 35.02 |
| | Total | 4,808.77 | 4,808.77 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|

(c) $5,713.02, for unsecured creditors allowed in the total amount of $12,626.94, yielding a dividend of 45.2446911% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| FIRST EXPRESS | 000001 | 456.71 | 206.64 |
| KOHLS DEPT STORE | 000005 | 1,184.16 | 535.77 |
| MBNA AMERICA BANK | 000006 | 5,194.00 | 2,350.01 |
| MERRIE RHEAUME | 000004 | 701.26 | 317.28 |
| US BANK/ELAN/RETAIL PAYMENT SOLUTIO | 000003 | 5,090.81 | 2,303.32 |
| Total | | $12,626.94 | $5,713.02 |

7. The trustee's distribution of gross receipts of $10,679.63 from liquidation of all property of the estate is summarized below:

| | Amount | | |
|---|---|---|---|
| $ | 1,817.96 | a. | Trustee Compensation |
| $ | 2,939.00 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 209.65 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 5,713.02 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 10,679.63 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 10,679.63 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: June 16, 2004

/e/ Randall L. Seaver

RANDALL L. SEAVER, Trustee
12400 PORTLAND AVENUE SOUTH
SUITE 132
BURNSVILLE, MN 55337
(952) 890-0888

REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: 7/7/04

HABBO G. FOKKENA
UNITED STATES TRUSTEE
Region 12

By: Mary M. Ueland

# FINAL DISTRIBUTION

Case Number: 03-33189 DDO

Page 1

Date: June 17, 2004

Debtor Name: GUSTAFSON, RITA ANN

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $10,521.79 |
| | **Claim Type -** | | | | | | | |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $1,817.96 | $0.00 | $1,817.96 | $1,817.96 | $8,703.83 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $16.79 | $0.00 | $16.79 | $16.79 | $8,687.04 |
| | **Subtotal For Claim Type** | | | $1,834.75 | $0.00 | $1,834.75 | $1,834.75 | |
| | **Claim Type TAE - TRUSTEE ATTORNEY EXPENSES** | | | | | | | |
| 000008 | Fuller, Seaver & Ramette, P.A. * | Admin | 025 | $35.02 | $0.00 | $35.02 | $35.02 | $8,652.02 |
| | **Subtotal For Claim Type TAE** | | | $35.02 | $0.00 | $35.02 | $35.02 | |
| | **Claim Type TAF - TRUSTEE ATTORNEY FEES** | | | | | | | |
| 000007 | Fuller, Seaver & Ramette, P.A. | Admin | 025 | $2,939.00 | $0.00 | $2,939.00 | $2,939.00 | $5,713.02 |
| | **Subtotal For Claim Type TAF** | | | $2,939.00 | $0.00 | $2,939.00 | $2,939.00 | |
| | Subtotals For Class Administrative 100.00000 % | | | $4,808.77 | $0.00 | $4,808.77 | $4,808.77 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000001 | FIRST EXPRESS 6004660132399852 | Unsec | 070 | $456.71 | $0.00 | $456.71 | $206.64 | $5,506.38 |
| 000003 | US BANK/ELAN/RETAIL PAYMENT SOLUTIONS 4037 6980 6826 3581 | Unsec | 070 | $5,090.81 | $0.00 | $5,090.81 | $2,303.32 | $3,203.06 |
| 000004 | MERRIE RHEAUME | Unsec | 070 | $701.26 | $0.00 | $701.26 | $317.28 | $2,885.78 |
| 000005 | KOHLS DEPT STORE 0350911103 | Unsec | 070 | $1,184.16 | $0.00 | $1,184.16 | $535.77 | $2,350.01 |
| 000006 | MBNA AMERICA BANK 5490350476006692 | Unsec | 070 | $5,194.00 | $0.00 | $5,194.00 | $2,350.01 | $0.00 |
| | **Subtotal For Claim Type UC** | | | $12,626.94 | $0.00 | $12,626.94 | $5,713.02 | |
| | Subtotals For Class Unsecured 45.24469 % | | | $12,626.94 | $0.00 | $12,626.94 | $5,713.02 | |
| << Totals > > | | | | $17,435.71 | $0.00 | $17,435.71 | $10,521.79 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 03-33189 DDO Judge: Dennis D. O'Brien
Case Name: GUSTAFSON, RITA ANN

For Period Ending: 06/17/04

Trustee Name: RANDALL L. SEAVER
Date Filed (f) or Converted (c): 05/02/03 (f)
341(a) Meeting Date: 06/12/03
Claims Bar Date: 12/17/03

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WAGES HELD AT FILING | 500.00 | 125.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNTS | 220.00 | 551.59 | DA | 0.00 | FA |
| 3. CASH ON HAND | 20.00 | 20.00 | | 20.00 | FA |
| 4. 2000 FRIENDSHIP MOBILE HOME | 55,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. 2002 DODGE CARAVAN | 20,000.00 | 0.00 | | 0.00 | FA |
| Lien exceeds value. | | | | | |
| 6. JEWELRY | 600.00 | 600.00 | | 600.00 | FA |
| 7. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. PENSION PLANS AND PROFIT SHARING | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. SECURITY DEPOSITS | 350.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. LIFE INSURANCE PROCEEDS FROM SPOUSE (u) | 0.00 | 1.00 | | 10,050.40 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.23 | Unknown |
| TOTALS (Excluding Unknown Values) | $ 84,990.00 | $ 1,297.59 | | $ 10,679.63 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 03-33189 DDO Judge: Dennis D. O'Brien
Case Name: GUSTAFSON, RITA ANN

Trustee Name: RANDALL L. SEAVER
Date Filed (f) or Converted (c): 05/02/03 (f)
341(a) Meeting Date: 06/12/03
Claims Bar Date: 12/17/03

The Trustee obtained a turnover order for jewelry so Trustee could have it valued to determine whether to sell it to the Debtor for monies advanced by the Debtor to the Trustee. The turnover order also required the Debtor to turnover $551.59 from her account and certain documents. She didn't comply and as a result Trustee had her discharge revoked. For these reasons, the Trustee concluded that it was appropriate to abandon the remaining unadministered assets.

Initial Projected Date of Final Report (TFR): 03/31/04 Current Projected Date of Final Report (TFR): 06/30/04

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 03-33189 DDO
Case Name: GUSTAFSON, RITA ANN

Taxpayer ID No: *******5368
For Period Ending: 06/17/04

Trustee Name: RANDALL L. SEAVER
Bank Name: NationsBank
Account Number: *******0367 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 18,705,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/19/03 | 3, 6 | Rita A. Thornblad-Gustafson<br>Einar O. Gustafson<br>810 Southhaven Drive<br>Mankato, MN 56001 | Sale Of Estate Property<br>General Sale Of Estate Property | 1129-000 | 620.00 | | 620.00 |
| 09/19/03 | 12 | Minnesota Life Insurance Company<br>400 Robert Street North<br>St. Paul, MN 55101-2098 | Life insurance proceeds | 1249-000 | 10,050.40 | | 10,670.40 |
| 09/30/03 | 13 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.35 | | 10,670.75 |
| 10/31/03 | 13 | NationsBank | Interest Rate 0.200 | 1270-000 | 1.81 | | 10,672.56 |
| 11/28/03 | 13 | NationsBank | Interest Rate 0.200 | 1270-000 | 1.75 | | 10,674.31 |
| 12/31/03 | 13 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.91 | | 10,675.22 |
| 01/30/04 | 13 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.90 | | 10,676.12 |
| 02/27/04 | 13 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.85 | | 10,676.97 |
| 03/09/04 | 000101 | U.S. Bankruptcy Court, Clerk<br>200 Warren E. Burger Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101 | Adversary filing fee | 2700-000 | | 150.00 | 10,526.97 |
| 03/31/04 | 13 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.91 | | 10,527.88 |
| 04/30/04 | 13 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.86 | | 10,528.74 |
| 05/28/04 | 13 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.89 | | 10,529.63 |
| 06/02/04 | 000102 | International Sureties, Ltd.<br>Suite 1700<br>210 Baronne Street<br>New Orleans, La. 70112 | Bond Premium #016018055 | 2300-000 | | 7.84 | 10,521.79 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 10,679.63 | 157.84 |

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Case No: 03-33189 DDO
Case Name: GUSTAFSON, RITA ANN

Taxpayer ID No: *******5368
For Period Ending: 06/17/04

Trustee Name: RANDALL L. SEAVER
Bank Name: NationsBank
Account Number: *******0367 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 18,705,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | T-Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 10,679.63 | 157.84 | 10,521.79 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,679.63 | 157.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,679.63 | 157.84 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********0367 | 10,679.63 | 157.84 | 10,521.79 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 10,679.63 | 157.84 | 10,521.79 |
| | ============== | ============== | ============== |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

# Compensation and Expenses Worksheet

**Case Number: 03-33189 DDO**
**Debtor: GUSTAFSON, RITA ANN**

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

| | | | | |
|---|---|---|---|---|
| Pursuant to 11 U.S.C. § 326, compensation is computed as follows: | | | | $10,679.63 |
| | | $10,679.63 | 25% of First $5,000 | $1,250.00 |
| Less | - | $5,000.00 | ($1,250 Maximum) | |
| Balance | | $5,679.63 | 10% of Next $45,000 | $567.96 |
| Less | - | $5,679.63 | ($4,500 Maximum) | |
| Balance | | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) | |
| Balance | | $0.00 | 3% of Balance | $0.00 |

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED: | $1,817.96 |
| Less Previously Paid Compensation: | $0.00 |
| **TOTAL COMPENSATION REQUESTED:** | **$1,817.96** |

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 42 pages @ 0.25 / page | $10.50 |
| POST: Postage 10 each @ 0.37 / each | $3.70 |
| POST: Postage 1 each @ 2.59 / each | $2.59 |

| | |
|---|---|
| TOTAL EXPENSES CALCULATED: | $16.79 |
| Less Previously Paid Expenses: | $0.00 |
| **TOTAL EXPENSES REQUESTED:** | **$16.79** |
| | =============== |
| **TOTAL EXPENSES AND COMPENSATION REQUESTED:** | **$1,834.75** |

**DATED: 06/17/04**

**SIGNED ________________________________________ TRUSTEE: RANDALL L. SEAVER**
**12400 PORTLAND AVENUE SOUTH**
**SUITE 132**

# Compensation and Expenses Worksheet

**Case Number:** **03-33189 DDO**
**Debtor:** **GUSTAFSON, RITA ANN**

**BURNSVILLE, MN 55337**